**Betty Lea HATCHER, Respondent,**

v.

**Mac Leroy HATCHER, Appellant.**

**No. WD 49853.**

Missouri Court of Appeals, Western District.

May 16, 1995.

Robert B. Paden, Maysville, for appellant.

Patrick E. Richardson, Gifford & Richardson, Green City, for respondent.

Before ULRICH, P.J., and LOWENSTEIN and ELLIS, JJ.

***ORDER***

PER CURIAM:

Appeal from the judgment of the trial court in a dissolution proceeding which divided nonmarital and marital property and debt.

The judgment is affirmed. Rule 84.16(b)